## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

REGIONS BANK d/b/a
REGIONS MORTGAGE,

                                          CIVIL ACTION NO. 1:26-CV-01041-STA-JAY

         PLAINTIFF,

v.

ALISHA    STANLEY,    JAMMOREO
STANLEY, MIDLAND FUNDING LLC
AND THE UNITED STATES OF
AMERICA,

         DEFENDANTS.

## MOTION FOR ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Regions Bank d/b/a Regions Mortgage respectfully requests the clerk to enter a default against Defendants Jammoreo Stanley, Alisha Stanley, and Midland Funding LLC. As grounds for this motion, Plaintiff submits as follows:

1.    Plaintiff filed its Original Complaint on March 3, 2026. *See* Doc. 1. Defendant Jammoreo Stanley was served with summons on May 16, 2026. Doc. 17. Defendant Alisha Stanley was served with summons on March 13, 2026, 2026. Doc. 9. Defendant Midland Funding LLC was served with summons on March 12, 2026. Doc. 12.

2.    Under Rule 12(a)(1)(A) Jammoreo Stanley's response was due on or before June 6, 2026, Alisha Stanley's response was due on or before April 3, 2026, and Midland Funding LLC's response was due on or before April 2, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A). However, the Defendants have not served a responsive pleading or otherwise

26-001055

defended the suit.

3.      The clerk should enter a default against these Defendants because they did not file an answer or other responsive pleading within 21 days of being served with summons, and Plaintiff has met the procedural requirements for entry of a default, as established by the pleadings and other documents on file and the declaration of counsel filed in support of this motion.

Respectfully submitted'


Padgett Law Group

*/s/Zachary B. Johnson*
Zachary B. Johnson TNBPR 036314
5100 Poplar Avenue, Suite 2208
Memphis, TN 38137
Zach.Johnson@padgettlawgroup.com
(850) 422-2520 Telephone
(850) 422-2567 Facsimile
**Counsel for the Plaintiff**

26-001055

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July 2026, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, including counsel for the United States of America. I further certify that a copy of the foregoing was served upon the following non-appearing Defendants via United States Mail, first-class postage prepaid, at their last known addresses:

Alisha Stanley
3088 Ragsdale Drive
Milan, TN 38358

Jammoreo Stanley
3088 Ragsdale Drive
Milan, TN 38358

Midland Funding, LLC
Hosto & Buchan, PLLC
701 W. 7th Street
Little Rock, AR 72201

/s/Zachary B. Johnson
Zachary B. Johnson

26-001055